**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 09-6505**

_____

LORD VERSATILE, a/k/a Venson Coward,

        Plaintiff – Appellant,

    v.

E.E. WRIGHT, JR., Chief Warden,

        Defendant – Appellee,

    and

RUFUS FLEMING, Eastern Regional Director; J.K. VAUGHAN,
Inmate Hearing Officer; TRACY S. RAY, Chief Warden; RONALD
T. COKER, Department of Corrections Liaison,

        Defendants.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  Richard L. Williams, Senior
District Judge. (3:05-cv-00768-RLW)

_____

Submitted: August 20, 2009      Decided: August 26, 2009

_____

Before WILKINSON and MICHAEL, Circuit Judges, and HAMILTON,
Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Lord Versatile, Appellant Pro Se.  Andrew Larry Fitzgerald,
James R. Morgan, Jr., Robert T. Numbers, II, WOMBLE, CARLYLE,
SANDRIDGE & RICE, PLLC, Winston-Salem, North Carolina, William

Michael Holm, WILLIAMS MULLEN, McLean, Virginia, James Bennett Kinsel, WOMBLE, CARLYLE, SANDRIDGE & RICE, PLLC, Tysons Corner, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lord Versatile appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Versatile v. Wright</u>, No. 3:05-cv-00768-RLW (E.D. Va. Feb. 23, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>